United States District Court
Southern District of Texas
**ENTERED**
May 12, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRYAN PHILLIPS, TIFFANY JOHNSON and ANTHONY OWENS | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-17-1106 |
| COLLECTION MANAGEMENT COMPANY d/b/a CMC-CREDIT MANAGEMENT CO., | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 7), this action is dismissed.

SIGNED on May 12, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge